IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CV-359-MHT |
| | ) | (WO) |
| S. SANFORD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The magistrate judge filed a recommendation to which no timely objections have been filed. After a review of the Recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED that the recommendation (Doc. #9) of the magistrate judge is adopted and that this case is dismissed without prejudice due to plaintiff's failure to prosecute this matter and comply with the orders of this court.

DONE, this the 22nd day of September 2008.

           /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE